AUDREY STRAUSS
United States Attorney for the
Southern District of New York
BY: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA

  - v. -

ROBERT LEES
------------------------------x

SATISFACTION OF JUDGMENT

15 CR 017 (KMK)

Satisfaction is acknowledged between the United States of America, judgment creditor, and Robert Lees, judgment debtor. The judgment entered against Robert Lees on December 15, 2016, including a special assessment in the amount of $400.00, restitution in the amount of $865,000.00, and a preliminary order of forfeiture/money judgment in the amount of $865,000.00, memorialized at Docket No. 150, has been paid or otherwise satisfied. The Clerk of Court is hereby authorized to release the judgment record only as to Robert Lees.[1]

By: _____

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

MELISSA A. CHILDS
Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

On September 13, 2021 before me personally came MELISSA A. CHILDS, Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2022

---

[1] This satisfaction does not apply to codefendants Michael Barnett or Kevin DiCello.